**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. HICKLE,<br><br>   Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY<br>SUPERIOR COURT,<br><br>   Defendant.<br>_____ | No. C 04-2455 SBA (pr)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Docket no. 1) |

    This civil action was filed in this Court on June 21, 2004. On that same date the Clerk of the Court notified Plaintiff that his action would be dismissed unless, within thirty days of the date of the notice, he paid the full $150.00 filing fee or filed a completed application for in forma pauperis status, including a signed copy of his prisoner trust account statement for the past six months. More than thirty days have passed, and Plaintiff has not paid the filing fee or filed a completed in forma pauperis application. Therefore, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file and terminate all pending motions.

    IT IS SO ORDERED.

DATED: 5/3/05

                                            s/Saundra Brown Armstrong
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge